# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-3317

_____

| | | |
|---|---|---|
| Jessie Johnson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Dion E. Wilson; Don Trimble; Alvin | * | Eastern District of Arkansas. |
| Simes, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: December 7, 2005
Filed: December 20, 2005

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jessie Johnson appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and Johnson's submissions on appeal, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review), we conclude the judgment of the

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

district court was correct. Johnson failed to allege any violation of his constitutional rights by a state actor and, thus, failed to state a cognizable section 1983 claim. <u>See</u> <u>Kuha v. City of Minnetonka</u>, 365 F.3d 590, 606 (8th Cir. 2003). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____